**FILED**
CLERK, U.S. DISTRICT COURT

08/15/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JOSE DE JESUS ORTEGA and<br>DANIELLE NADINE DAVILA,<br><br>           Defendants. | ED CR No. 5:25-cr-00266-SSS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 111(a)(1): Simple Assault of Federal Officer]<br><br>**[CLASS A MISDEMENAOR]** |

The Acting United States Attorney charges:

[18 U.S.C. §§ 111(a)(1), 2(a)]

On or about July 8, 2025, in San Bernardino County, within the Central District of California, defendants JOSE DE JESUS ORTEGA and DANIELLE NADINE DAVILA, aiding and abetting each other, intentionally and forcibly assaulted victim C.W., a uniformed officer employed by Department of Homeland Security Immigration and Customs Enforcement,

///

///

while the officer was engaged in, and on account of, the performance of the officer's official duties.

                    BILAL A. ESSAYLI
                    Acting United States Attorney

*/s/ Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office

CORY L. BURLESON
Assistant United States Attorney
Deputy Chief, Riverside Office

2