TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CORY L. BURLESON (Cal. Bar No. 322239)
Assistant United States Attorneys
Deputy Chief, Riverside Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6945
    Facsimile: (951) 276-6202
    Email:         Cory.Burleson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 25-266(A)-SSS |
|---|---|
| Plaintiff, | <u>ORDER ALLOWING DISCLOSURE OF GRAND JURY TESTIMONY</u> |
| v. | Trial Date: April 13, 2026 |
| JOSE DE JESUS ORTEGA and DANIELLE NADINE DAVILA, | Trial Time: 9:00 a.m.<br>Location: Courtroom of the Hon. Sunshine S. Sykes |
| Defendants. | |

    Having read and considered the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of any witness whom the government may call at trial. The purpose of this order is to enable defendants to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

    IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the

///

1  defense, without prior authorization from this Court, and that the copy of the testimony
2  provided to defense counsel (and any reproductions or copies made of the produced
3  copy) shall be returned to the government at the conclusion of the proceedings in this
4  case.
5     IT IS SO ORDERED.
6     February 12, 2026
7  DATE                                    HONORABLE SUNSHINE S. SYKES
                                            UNITED STATES DISTRICT JUDGE

9  Presented by:
10    /s/ Cory L. Burleson
   CORY L. BURLESON
11 Assistant United States Attorney