TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
CORY L. BURLESON (Cal. Bar No. 322239)
Assistant United States Attorney
Public Corruption and Civil Rights Section
3403 Tenth Street, Suite 200
Riverside, California 92501
Telephone: (951) 276-6945
Email: Cory.Burleson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE DE JESUS ORTEGA,

Defendant.

ED CR No. 25-266(A)-SSS-1

UNOPPOSED MOTION TO DISMISS CASE AS TO DEFENDANT JOSE DE JESUS ORTEGA

[Proposed Order Submitted Concurrently]

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Cory L. Burleson, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the First Superseding Indictment in this case as to defendant Jose de Jesus Ortega, which charges defendant with Assaulting,

/ / /

/ / /

Resisting, or Impeding a Federal Officer, in violation of 18 U.S.C. § 111(a)(1). The United States also moves to dismiss the underlying Information in this case as to defendant Ortega.

Defendant Ortega does not oppose this motion.

Dated: October 8, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

CORY L. BURLESON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA