UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE DE JESUS ORTEGA,<br>Defendant. | ED CR No. 25-266(A)-SSS-1<br><br>ORDER DISMISSING CASE AS TO DEFENDANT JOSE DE JESUS ORTEGA |

The Court, having read and considered the United States' Unopposed Motion to Dismiss this case as to defendant Jose de Jesus Ortega pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, HEREBY ORDERS:

1. The First Superseding Indictment in this case, which charges defendant Jose de Jesus Ortega with Assaulting, Resisting, or Impeding a Federal Officer, in violation of 18 U.S.C. § 111(a)(1), is dismissed as to defendant Ortega.

2. The underlying Information in this case is also dismissed as to defendant Ortega.

3. Defendant Ortega's bond shall be exonerated.

IT IS SO ORDERED.

October 13, 2026
DATE

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE